IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEWAYNE HOLMES,

        Plaintiff,                               CV F 01 6359 AWI  WMW  P

   vs.                                        ORDER RE MOTIONS
                                             (DOCUMENTS 48, 49, 54, 59))

C. PLATH,

        Defendant.

       Plaintiff is a state prisoner proceeding pro se.  Pending before the court are plaintiff's motions for the entry of default judgment against defendant.  In the order of April 30, 2004, plaintiff was advised of the requirements for entry of default judgment.  Plaintiff's motions request the entry of default, but do not address the requirements set forth in the April 30, 2004, order.   The motions are therefore denied.

IT IS SO ORDERED.

**Dated:   September 19, 2005**            /s/  William M. Wunderlich
mmkd34                                     UNITED STATES MAGISTRATE JUDGE

1