IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEWAYNE HOLMES,

       Plaintiff,                          CV F 01 6359 AWI WMW   P

  vs.                                 ORDER RE MOTION (DOC 57 )

C. PLATH,

       Defendant.

      Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion for the court to issue a subpoena to plaintiff regarding an internal affairs investigation of defendant Plath.  Subsequently, the court denied plaintiff's motion for default judgment as to defendant Plath.   Accordingly, IT IS HEREBY ORDERED that the request filed on April 11, 2005, is denied as moot.

IT IS SO ORDERED.

**Dated:   March 20, 2006**              /s/  **William M. Wunderlich**
mmkd34                                     UNITED STATES MAGISTRATE JUDGE