IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEWAYNE HOLMES,

     Plaintiff,                           CV F 01 6359 AWI WMW   P

  vs.                                  ORDER RE MOTIONS
                                        (DOCUMENTS 62, 63, 64, 66, 67 )

C. PLATH,

     Defendant.

     Plaintiff is a state prisoner proceeding pro se. Pending before the court are five motions filed by Plaintiff.

     Plaintiff seeks a motion for the entry of default judgment against Defendant on the ground that Defendant has failed to respond to the complaint. Plaintiff does not, however, submit any evidence in support of his request for damages. Pursuant to Federal Rule of Civil Procedure 55(b)(2), the court may require Plaintiff to submit evidence of his request for damages. Plaintiff must offer evidentiary support for his award of damages. The motion is therefore denied.

     Plaintiff seeks an order granting the issuance of a subpoena for the production of the internal affairs investigation of Defendant Plath. Plaintiff has made no showing as to why the information sought is relevant to the issue of damages. This motion is therefore denied.

     Plaintiff seeks an order relieving him of the obligation to serve Defendant with his motions, on the ground that Defendant is represented by the Attorney General. There has been

1 | no entry of appearance for Defendant.  Plaintiff must comply with all applicable Local Rules and
2 | Federal Rule of Civil Procedure.  This motion is therefore denied.
3 |      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions for the entry of
4 | default judgment, for a subpoena, for an order waiving service, and Plaintiff's motion in response
5 | to the court's order are denied.

10 IT IS SO ORDERED.

11 **Dated:   September 28, 2006**　　　　　　　　　　　/s/  **William M. Wunderlich**
　　j14hj0　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE