IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEWAYNE HOLMES,** | 1:01-CV-6359 AWI WMW (PC) |
| **Plaintiff,** | ORDER ON PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL AND MOTION TO EXECUTE JUDGMENT |
| v. | |
| **C. PLATH,** | |
| **Defendant.** | |
| | (Doc. Nos. 81 & 83) |

Plaintiff moves for the appointment as counsel of Carter White of the U.C. Davis School of Law Civil Rights Clinic. See Court's Docket Doc. No. 83. White has offered to represent Plaintiff *pro bono* under the provisions of General Order 230. See id. Upon review of Plaintiff's motion for appointment of counsel and the documents on file, it appears to the Court that the appointment of Carter White is appropriate in this case.

Additionally, currently pending before the Court is Plaintiff's motion to execute judgment. Since the Court will be appointing White as counsel, the Court will deny Plaintiff's motion without prejudice to appointed counsel filing any necessary motions with the Court.

Therefore, IT IS HEREBY ORDERED that:

1. Carter C. White of the U.C. Davis School of Law Civil Rights Clinic is appointed as attorney for Plaintiff pursuant to General Order No. 230;

2. The Clerk of the Court is directed to make available to counsel a copy of the file in this matter;

3. Counsel shall submit all deposition transcript costs, if any, for payment pursuant to section 8030.6 fo the California Business and Professions Code. All other contemplated costs shall be handled as described in General Order 230; and

4. Plaintiff's motion to execute judgment is denied without prejudice.

IT IS SO ORDERED.

Dated:     March 9, 2009                         /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE